UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 4682

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC.,<br>also d/b/a NOTA PUBLISHING, INC.;<br>CARTAGENA ENTERPRISES, INC., also d/b/a<br>CARTAGENA PUBLISHING;<br>DAVID GRISMAN and CRAIG MILLER,<br>individually and collectively, and d/b/a<br>DAWG MUSIC, and also d/b/a ACOUSTIC DISC;<br>HMS DISTRIBUTORS, INC., also d/b/a<br>J & N RECORDS and d/b/a J & N PUBLISHING;<br>JVN MUSIC, INC., also d/b/a JVN RECORDS;<br>THE MUSIC FORCE LLC;<br>also d/b/a FULL FORCE MUSIC<br>THE MUSIC FORCE MEDIA GROUP, LLC;<br>MUSICAL PRODUCTIONS, INC.;<br>ON TOP RECORDS CORP., also d/b/a<br>STILL ON TOP PUBLISHING and d/b/a<br>REAL SMOOTH PUBLISHING;<br>PLATANO RECORDS CORP.;<br>RICO RECORDS DISTRIBUTING, INC.;<br>individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>       -against-<br><br>XM SATELLITE RADIO INC.,<br><br>    Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） **RULE 7.1 STATEMENT** |

RECEIVED
JUN 01 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *Nota Music Publishing, Inc., also doing business as Nota Publishing, Inc.* certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
      June 1, 2007

Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC.,<br>also d/b/a NOTA PUBLISHING, INC.;<br>CARTAGENA ENTERPRISES, INC., also d/b/a<br>CARTAGENA PUBLISHING;<br>DAVID GRISMAN and CRAIG MILLER,<br>individually and collectively, and d/b/a<br>DAWG MUSIC, and also d/b/a ACOUSTIC DISC;<br>HMS DISTRIBUTORS, INC., also d/b/a<br>J & N RECORDS and d/b/a J & N PUBLISHING;<br>JVN MUSIC, INC., also d/b/a JVN RECORDS;<br>THE MUSIC FORCE LLC;<br>also d/b/a FULL FORCE MUSIC<br>THE MUSIC FORCE MEDIA GROUP, LLC;<br>MUSICAL PRODUCTIONS, INC.;<br>ON TOP RECORDS CORP., also d/b/a<br>STILL ON TOP PUBLISHING and d/b/a<br>REAL SMOOTH PUBLISHING;<br>PLATANO RECORDS CORP.;<br>RICO RECORDS DISTRIBUTING, INC.;<br>individually and on behalf of all others<br>similarly situated,<br><br>     Plaintiffs,<br><br>       -against-<br><br>XM SATELLITE RADIO INC.,<br><br>     Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *Cartagena Enterprises, Inc., also doing business as Cartagena Publishing*

certifies that there is no parent corporation or publicly held corporation owning ten

percent or more of its stock.

Dated: New York, New York
      June 1, 2007

                        Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC., <br> also d/b/a NOTA PUBLISHING, INC.; <br> CARTAGENA ENTERPRISES, INC., also d/b/a <br> CARTAGENA PUBLISHING; <br> DAVID GRISMAN and CRAIG MILLER, <br> individually and collectively, and d/b/a <br> DAWG MUSIC, and also d/b/a ACOUSTIC DISC; <br> HMS DISTRIBUTORS, INC., also d/b/a <br> J & N RECORDS and d/b/a J & N PUBLISHING; <br> JVN MUSIC, INC., also d/b/a JVN RECORDS; <br> THE MUSIC FORCE LLC; <br> also d/b/a FULL FORCE MUSIC <br> THE MUSIC FORCE MEDIA GROUP, LLC; <br> MUSICAL PRODUCTIONS, INC.; <br> ON TOP RECORDS CORP., also d/b/a <br> STILL ON TOP PUBLISHING and d/b/a <br> REAL SMOOTH PUBLISHING; <br> PLATANO RECORDS CORP.; <br> RICO RECORDS DISTRIBUTING, INC.; <br> individually and on behalf of all others <br> similarly situated, <br><br>     Plaintiffs, <br><br>      -against- <br><br> XM SATELLITE RADIO INC., <br><br>     Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *HMS Distributors, Inc., also doing business as J & N Records and doing*

*business as J & N Publishing* certifies that there is no parent corporation or publicly held

corporation owning ten percent or more of its stock.

Dated: New York, New York
      June 1, 2007

Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC.,<br>also d/b/a NOTA PUBLISHING, INC.;<br>CARTAGENA ENTERPRISES, INC., also d/b/a<br>CARTAGENA PUBLISHING;<br>DAVID GRISMAN and CRAIG MILLER,<br>individually and collectively, and d/b/a<br>DAWG MUSIC, and also d/b/a ACOUSTIC DISC;<br>HMS DISTRIBUTORS, INC., also d/b/a<br>J & N RECORDS and d/b/a J & N PUBLISHING;<br>JVN MUSIC, INC., also d/b/a JVN RECORDS;<br>THE MUSIC FORCE LLC;<br>also d/b/a FULL FORCE MUSIC<br>THE MUSIC FORCE MEDIA GROUP, LLC;<br>MUSICAL PRODUCTIONS, INC.;<br>ON TOP RECORDS CORP., also d/b/a<br>STILL ON TOP PUBLISHING and d/b/a<br>REAL SMOOTH PUBLISHING;<br>PLATANO RECORDS CORP.;<br>RICO RECORDS DISTRIBUTING, INC.;<br>individually and on behalf of all others<br>similarly situated,<br><br>     Plaintiffs,<br><br>       -against-<br><br>XM SATELLITE RADIO INC.,<br><br>     Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *JVN Music, Inc., also doing business as JVN Records* certifies that there is

no parent corporation or publicly held corporation owning ten percent or more of its

stock.

Dated:  New York, New York
       June 1, 2007

Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC.,<br>also d/b/a NOTA PUBLISHING, INC.;<br>CARTAGENA ENTERPRISES, INC., also d/b/a<br>CARTAGENA PUBLISHING;<br>DAVID GRISMAN and CRAIG MILLER,<br>individually and collectively, and d/b/a<br>DAWG MUSIC, and also d/b/a ACOUSTIC DISC;<br>HMS DISTRIBUTORS, INC., also d/b/a<br>J & N RECORDS and d/b/a J & N PUBLISHING;<br>JVN MUSIC, INC., also d/b/a JVN RECORDS;<br>THE MUSIC FORCE LLC;<br>also d/b/a FULL FORCE MUSIC<br>THE MUSIC FORCE MEDIA GROUP, LLC;<br>MUSICAL PRODUCTIONS, INC.;<br>ON TOP RECORDS CORP., also d/b/a<br>STILL ON TOP PUBLISHING and d/b/a<br>REAL SMOOTH PUBLISHING;<br>PLATANO RECORDS CORP.;<br>RICO RECORDS DISTRIBUTING, INC.;<br>individually and on behalf of all others<br>similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>XM SATELLITE RADIO INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **RULE 7.1 STATEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *The Music Force LLC, also doing business as Full Force Music* certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated:  New York, New York
　　　　June 1, 2007

_____
Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC.,<br>also d/b/a NOTA PUBLISHING, INC.;<br>CARTAGENA ENTERPRISES, INC., also d/b/a<br>CARTAGENA PUBLISHING;<br>DAVID GRISMAN and CRAIG MILLER,<br>individually and collectively, and d/b/a<br>DAWG MUSIC, and also d/b/a ACOUSTIC DISC;<br>HMS DISTRIBUTORS, INC., also d/b/a<br>J & N RECORDS and d/b/a J & N PUBLISHING;<br>JVN MUSIC, INC., also d/b/a JVN RECORDS;<br>THE MUSIC FORCE LLC;<br>also d/b/a FULL FORCE MUSIC<br>THE MUSIC FORCE MEDIA GROUP, LLC;<br>MUSICAL PRODUCTIONS, INC.;<br>ON TOP RECORDS CORP., also d/b/a<br>STILL ON TOP PUBLISHING and d/b/a<br>REAL SMOOTH PUBLISHING;<br>PLATANO RECORDS CORP.;<br>RICO RECORDS DISTRIBUTING, INC.;<br>individually and on behalf of all others<br>similarly situated,<br><br>     Plaintiffs,<br><br>        -against-<br><br>XM SATELLITE RADIO INC.,<br><br>     Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *The Music Force Media Group, LLC* certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
     June 1, 2007

Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC.,<br>also d/b/a NOTA PUBLISHING, INC.;<br>CARTAGENA ENTERPRISES, INC., also d/b/a<br>CARTAGENA PUBLISHING;<br>DAVID GRISMAN and CRAIG MILLER,<br>individually and collectively, and d/b/a<br>DAWG MUSIC, and also d/b/a ACOUSTIC DISC;<br>HMS DISTRIBUTORS, INC., also d/b/a<br>J & N RECORDS and d/b/a J & N PUBLISHING;<br>JVN MUSIC, INC., also d/b/a JVN RECORDS;<br>THE MUSIC FORCE LLC;<br>also d/b/a FULL FORCE MUSIC<br>THE MUSIC FORCE MEDIA GROUP, LLC;<br>MUSICAL PRODUCTIONS, INC.;<br>ON TOP RECORDS CORP., also d/b/a<br>STILL ON TOP PUBLISHING and d/b/a<br>REAL SMOOTH PUBLISHING;<br>PLATANO RECORDS CORP.;<br>RICO RECORDS DISTRIBUTING, INC.;<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>         -against-<br><br>XM SATELLITE RADIO INC.,<br><br>      Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *Musical Productions, Inc.* certifies that there is no parent corporation or

publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
      June 1, 2007

                                  Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC., ) <br> also d/b/a NOTA PUBLISHING, INC.; ) <br> CARTAGENA ENTERPRISES, INC., also d/b/a ) <br> CARTAGENA PUBLISHING; ) <br> DAVID GRISMAN and CRAIG MILLER, ) <br> individually and collectively, and d/b/a ) <br> DAWG MUSIC, and also d/b/a ACOUSTIC DISC; ) <br> HMS DISTRIBUTORS, INC., also d/b/a ) <br> J & N RECORDS and d/b/a J & N PUBLISHING; ) <br> JVN MUSIC, INC., also d/b/a JVN RECORDS; ) <br> THE MUSIC FORCE LLC; ) <br> also d/b/a FULL FORCE MUSIC ) <br> THE MUSIC FORCE MEDIA GROUP, LLC; ) <br> MUSICAL PRODUCTIONS, INC.; ) <br> ON TOP RECORDS CORP., also d/b/a ) <br> STILL ON TOP PUBLISHING and d/b/a ) <br> REAL SMOOTH PUBLISHING; ) <br> PLATANO RECORDS CORP.; ) <br> RICO RECORDS DISTRIBUTING, INC.; ) <br> individually and on behalf of all others ) <br> similarly situated, ) <br> ) <br>      Plaintiffs, ) <br> ) <br>      -against- ) <br> ) <br> XM SATELLITE RADIO INC., ) <br> ) <br>      Defendant. ) <br> ) | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *On Top Records Corp., also doing business as Still On Top Publishing and*

*doing business as Real Smooth Publishing* certifies that there is no parent corporation or

publicly held corporation owning ten percent or more of its stock.

Dated:  New York, New York
       June 1, 2007

_____
Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC., <br> also d/b/a NOTA PUBLISHING, INC.; <br> CARTAGENA ENTERPRISES, INC., also d/b/a <br> CARTAGENA PUBLISHING; <br> DAVID GRISMAN and CRAIG MILLER, <br> individually and collectively, and d/b/a <br> DAWG MUSIC, and also d/b/a ACOUSTIC DISC; <br> HMS DISTRIBUTORS, INC., also d/b/a <br> J & N RECORDS and d/b/a J & N PUBLISHING; <br> JVN MUSIC, INC., also d/b/a JVN RECORDS; <br> THE MUSIC FORCE LLC; <br> also d/b/a FULL FORCE MUSIC <br> THE MUSIC FORCE MEDIA GROUP, LLC; <br> MUSICAL PRODUCTIONS, INC.; <br> ON TOP RECORDS CORP., also d/b/a <br> STILL ON TOP PUBLISHING and d/b/a <br> REAL SMOOTH PUBLISHING; <br> PLATANO RECORDS CORP.; <br> RICO RECORDS DISTRIBUTING, INC.; <br> individually and on behalf of all others <br> similarly situated, <br><br>     Plaintiffs, <br><br>        -against- <br><br> XM SATELLITE RADIO INC., <br><br>     Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *Platano Records Corp.* certifies that there is no parent corporation or publicly

held corporation owning ten percent or more of its stock.

Dated: New York, New York
     June 1, 2007

Christopher Lovell (CL 2595)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC., <br> also d/b/a NOTA PUBLISHING, INC.; <br> CARTAGENA ENTERPRISES, INC., also d/b/a <br> CARTAGENA PUBLISHING; <br> DAVID GRISMAN and CRAIG MILLER, <br> individually and collectively, and d/b/a <br> DAWG MUSIC, and also d/b/a ACOUSTIC DISC; <br> HMS DISTRIBUTORS, INC., also d/b/a <br> J & N RECORDS and d/b/a J & N PUBLISHING; <br> JVN MUSIC, INC., also d/b/a JVN RECORDS; <br> THE MUSIC FORCE LLC; <br> also d/b/a FULL FORCE MUSIC <br> THE MUSIC FORCE MEDIA GROUP, LLC; <br> MUSICAL PRODUCTIONS, INC.; <br> ON TOP RECORDS CORP., also d/b/a <br> STILL ON TOP PUBLISHING and d/b/a <br> REAL SMOOTH PUBLISHING; <br> PLATANO RECORDS CORP.; <br> RICO RECORDS DISTRIBUTING, INC.; <br> individually and on behalf of all others <br> similarly situated, <br><br>      Plaintiffs, <br><br>        -against- <br><br> XM SATELLITE RADIO INC., <br><br>      Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for *RICO Records Distributing, Inc.* certifies that there is no parent corporation

or publicly held corporation owning ten percent or more of its stock.

Dated:  New York, New York
      June 1, 2007

_____
Christopher Lovell (CL 2595)