UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOTA MUSIC PUBLISHING, INC.,
also d/b/a NOTA PUBLISHING, INC.;
CARTAGENA ENTERPRISES, INC., also d/b/a
CARTAGENA PUBLISHING;
DAVID GRISMAN and CRAIG MILLER,
individually and collectively, and d/b/a
DAWG MUSIC, and also d/b/a ACOUSTIC DISC;
HMS DISTRIBUTORS, INC., also d/b/a
J & N RECORDS and d/b/a J & N PUBLISHING;
JVN MUSIC, INC., also d/b/a JVN RECORDS;
THE MUSIC FORCE LLC;
also d/b/a FULL FORCE MUSIC
THE MUSIC FORCE MEDIA GROUP, LLC;
MUSICAL PRODUCTIONS, INC.;
ON TOP RECORDS CORP., also d/b/a
STILL ON TOP PUBLISHING and d/b/a
REAL SMOOTH PUBLISHING;
PLATANO RECORDS CORP.;
RICO RECORDS DISTRIBUTING, INC.;
individually and on behalf of all others
similarly situated,

    Plaintiffs,

    -against-

XM SATELLITE RADIO INC.,

    Defendant.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for *Musical Productions, Inc.* certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
       June 1, 2007

Christopher Lovell (CL 2595)