UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOTA MUSIC PUBLISHING, INC., <br> also d/b/a NOTA PUBLISHING, INC.; <br> CARTAGENA ENTERPRISES, INC., also d/b/a <br> CARTAGENA PUBLISHING; <br> DAVID GRISMAN and CRAIG MILLER, <br> individually and collectively, and d/b/a <br> DAWG MUSIC, and also d/b/a ACOUSTIC DISC; <br> HMS DISTRIBUTORS, INC., also d/b/a <br> J & N RECORDS and d/b/a J & N PUBLISHING; <br> JVN MUSIC, INC., also d/b/a JVN RECORDS; <br> THE MUSIC FORCE LLC; <br> also d/b/a FULL FORCE MUSIC <br> THE MUSIC FORCE MEDIA GROUP, LLC; <br> MUSICAL PRODUCTIONS, INC.; <br> ON TOP RECORDS CORP., also d/b/a <br> STILL ON TOP PUBLISHING and d/b/a <br> REAL SMOOTH PUBLISHING; <br> PLATANO RECORDS CORP.; <br> RICO RECORDS DISTRIBUTING, INC.; <br> individually and on behalf of all others <br> similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> XM SATELLITE RADIO INC., <br><br> Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ***RICO Records Distributing, Inc.*** certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
       June 1, 2007

Christopher Lovell (CL 2595)