UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NOTA MUSIC PUBLISHING, INC., also          :
d/b/a NOTA PUBLISHING, INC.;               :
CARTAGENA ENTERPRISES, INC., also          :
d/b/a CARTAGENA PUBLISHING; DAVID          :
GRISMAN and CRAIG MILLER,                  :
individually and collectively, and d/b/a   :
DAWG MUSIC, and also d/b/a ACOUSTIC        :     07 CV 4682 (LAK)
DISC; HMS DISTRIBUTORS, INC., also         :
d/b/a J&N RECORDS and d/b/a J&N            :
PUBLISHING; JVN MUSIC, INC., also d/b/a    :
JVN RECORDS; THE MUSIC FORCE LLC,          :     ECF CASE
also d/b/a FULL FORCE MUSIC; THE           :
MUSIC FORCE MEDIA GROUP, LLC;              :
MUSICAL PRODUCTIONS, INC.; ON TOP          :
RECORDS CORP., also d/b/a STILL ON         :
TOP PUBLISHING and d/b/a REAL              :
SMOOTH PUBLISHING; PLATANO                 :
RECORDS CORP.; RICO RECORDS                :
DISTRIBUTING, INC.; individually and on    :
behalf of all others similarly situated,   :
                                           :
                    Plaintiffs,            :
                                           :
         v.                                :
                                           :
XM SATELLITE RADIO INC.,                   :
                                           :
                    Defendant.             :
                                           :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Jennifer Lerner, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant XM Satellite Radio Inc. in the above-captioned matter.

Dated: New York, New York  
      August 29, 2007

Respectfully submitted,

*/s/ Jennifer Lerner*
_____
Jennifer Lerner (JL 5316)  
Cooley Godward Kronish LLP  
1114 Avenue of the Americas  
New York, NY 10036-7798  
Phone: (212) 479-6000  
Fax:    (212) 479-6275