UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NOTA MUSIC PUBLISHING, INC., also       :
d/b/a NOTA PUBLISHING, INC.;            :
CARTAGENA ENTERPRISES, INC., also       :
d/b/a CARTAGENA PUBLISHING; DAVID       :
GRISMAN and CRAIG MILLER,               :
individually and collectively, and d/b/a :
DAWG MUSIC, and also d/b/a ACOUSTIC     :    07 CV 4682 (LAK)
DISC; HMS DISTRIBUTORS, INC., also      :
d/b/a J&N RECORDS and d/b/a J&N         :
PUBLISHING; JVN MUSIC, INC., also d/b/a :
JVN RECORDS; THE MUSIC FORCE LLC,       :    ECF CASE
also d/b/a FULL FORCE MUSIC; THE        :
MUSIC FORCE MEDIA GROUP, LLC;           :
MUSICAL PRODUCTIONS, INC.; ON TOP       :
RECORDS CORP., also d/b/a STILL ON      :
TOP PUBLISHING and d/b/a REAL           :
SMOOTH PUBLISHING; PLATANO              :
RECORDS CORP.; RICO RECORDS             :
DISTRIBUTING, INC.; individually and on :
behalf of all others similarly situated, :
                                        :
                    Plaintiffs,         :
                                        :
            v.                          :
                                        :
XM SATELLITE RADIO INC.,                :
                                        :
                    Defendant.          :
                                        :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Stephen A. Wieder, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant XM Satellite Radio Inc. in the above-captioned matter.

Dated: New York, New York  
      September 17, 2007

Respectfully submitted,

_____  
Stephen A. Wieder (SW 1442)  
Cooley Godward Kronish LLP  
1114 Avenue of the Americas  
New York, NY 10036-7798  
Phone: (212) 479-6000  
Fax:    (212) 479-6275