UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
NOTA MUSIC PUBLISHING, INC., also
d/b/a NOTA PUBLISHING, INC.;
CARTAGENA ENTERPRISES, INC., also
d/b/a CARTAGENA PUBLISHING; DAVID
GRISMAN and CRAIG MILLER,
individually and collectively, and d/b/a
DAWG MUSIC, and also d/b/a ACOUSTIC      :    07 CV 4682 (LAK)
DISC; HMS DISTRIBUTORS, INC., also
d/b/a J&N RECORDS and d/b/a J&N
PUBLISHING; JVN MUSIC, INC., also d/b/a
JVN RECORDS; THE MUSIC FORCE LLC,       :    ECF CASE
also d/b/a FULL FORCE MUSIC; THE
MUSIC FORCE MEDIA GROUP, LLC;
MUSICAL PRODUCTIONS, INC.; ON TOP
RECORDS CORP., also d/b/a STILL ON
TOP PUBLISHING and d/b/a REAL
SMOOTH PUBLISHING; PLATANO
RECORDS CORP.; RICO RECORDS
DISTRIBUTING, INC.; individually and on
behalf of all others similarly situated,

     Plaintiffs,

  v.

XM SATELLITE RADIO INC.,

     Defendant.
------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

 Benjamin H. Kleine, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of Defendant XM Satellite Radio Inc. in the above-captioned matter.

Dated: New York, New York
      September 21, 2007

Respectfully submitted,

Benjamin H. Kleine (BK 1975)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:    (212) 479-6275