UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ATLANTIC RECORDING CORPORATION, et al.,

                Plaintiffs,

        -against-                                 06 Civ. 3733 (LAK)

XM SATELLITE RADIO INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
FAMOUS MUSIC LLC, et al.,

                Plaintiffs,

        -against-                                 07 Civ. 2385 (LAK)

XM SATELLITE RADIO INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
NOTA MUSIC PUBLISHING INC., etc., et al.,

                Plaintiffs,

        -against-                                 07 Civ. 4682 (LAK)

XM SATELLITE RADIO INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### SCHEDULING AND PARTIAL CONSOLIDATION ORDER

LEWIS A. KAPLAN, *District Judge.*

2

The Court having conferred with all counsel, it is hereby

ORDERED, as follows:

1. These actions are consolidated for discovery and all other pretrial purposes.

2. Every paper hereafter filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

MASTER DOCKET
06 Civ. 3733

This Document Relates to:  ["All Cases" or, if not all cases, docket no(s). of cases to which the paper applies]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Each paper hereafter filed shall be docketed in the master docket (06 Civ. 3733) and each of the other cases, if any, to which it applies. Counsel in doubt about how to docket papers in accordance with this order may consult the Clerk's Office for instruction.

3. The following schedule shall govern further proceedings in these cases:

   a. Last day for adding or seeking leave to add parties - March 3, 2008

   b. Completion of document discovery - April 1, 2008

   c. Completion of non-expert discovery - June 16, 2008

   d. Last day for amending or seeking to amend pleadings - June 30, 2008

   e. Exchange of expert reports - August 1, 2008

   f. Exchange of expert rebuttal reports - August 29, 2008

   g. Completion of expert depositions - September 29, 2008

   h. Filing of dispositive motions and joint pretrial order (in each case unless the cases previously have been consolidated for trial) - October 22, 2008

   i. Filing of papers opposing dispositive motions - November 12, 2008

3

        j.        Filing of reply papers in support of dispositive motions - November 21, 2008

The Court intends to adhere firmly to this schedule, which is somewhat more generous than the parties sought, and to make adjustments only for the most pressing reasons. It does not ordinarily regard as good cause for extensions delays attributable to the failure to devote appropriate resources to completing tasks on schedule, the pendency of settlement discussions, or other foreseeable circumstances.

        4.        The attention of counsel is drawn to the individual practices of the undersigned and, among other things, to the page limits on motion papers. Further, any motion papers filed on behalf of any of the plaintiffs, who consist of three groups asserting substantially overlapping claims, to the extent possible shall consist of a single set of papers on behalf of all three groups.

SO ORDERED.

Dated:        September 25, 2007

_____
Lewis A. Kaplan
United States District Judge