UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re XM SATELLITE RADIO COPYRIGHT LITIGATION

MASTER DOCKET
06 Civ. 3733 (LAK)

This Document Relates to:  07 Civ. 4682 (LAK)

-------------------------------------------------------------x

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their complaint in this action on June 1, 2007.

2. Plaintiffs seek to clarify and correct certain information in Exhibits A and B to the Complaint and seek to file an amended pleading pursuant to Rule 15 of the Federal Rules of Civil Procedure reflecting these corrections.

3. Defendant XM Satellite Radio Inc. has consented to Plaintiffs filing an amended complaint in the form attached hereto as Exhibit __.

DATED:   New York, New York
         October 26, 2007

_____          _____
Christopher Lovell (CL 2595)       Celia Goldwag Barenholtz (CB 9126)
**Lovell Stewart Halebian LLP**    **Cooley Godward Kronish LLP**
500 Fifth Avenue, 58th Floor       1114 Avenue of the Americas
New York, New York 10110           New York, New York 10036-7798
Telephone: (212) 608-1900          Telephone: (212) 479-6330
Facsimile: (212) 719-4677          Facsimile: (212) 4798-6275

*Counsel for Plaintiffs and the Proposed Class*      *Counsel for Defendant XM Satellite Radio Inc.*

SO ORDERED:

_____
U.S.D.J.

10/30/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07