## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 29th day of November 2007, I served a true and correct copy of the foregoing Joinder To Motion For Entry Of Protective Order Submitted By Plaintiffs Atlantic Recording Corporation, Et Al., and the attached proposed order, by Federal Express, upon the following counsel of record:

Celia Goldwag Barenholtz
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Amy Nicole Roth
Constantine, Cannon, P.C.
1627 Eye Street, N.W.
Washington, DC 20006

*Attorneys for Defendant XM Satellite Radio Inc.*

_____
Joshua Wilkenfeld