# Exhibit B

## Arato, Cynthia S.

| | |
|---|---|
| **From:** | McKinnon, Shannon [smckinnon@cooley.com] |
| **Sent:** | Tuesday, September 04, 2007 1:54 PM |
| **To:** | Bart, Andrew H.; Bennett, Iris E; Arato, Cynthia S.; Christopher McGrath |
| **Cc:** | Barenholtz, Celia Goldwag; Wieder, Stephen |
| **Subject:** | XM Core Document Production |

All,
At the Rule 26(f) conference on August 9, we indicated that we were still gathering information regarding the core documents and were not in a position at that time to propose a time line for that production. Based on our investigations since then regarding how XM employees keep their hard copy and electronic files, we anticipate producing core documents on a rolling basis and expect to complete our core document production by October 31, 2007.

Best,

**Shannon S. McKinnon**
Cooley Godward Kronish LLP • 1114 Avenue of the Americas
New York, NY 10036
Direct: (212) 479-6492 • Fax: (212) 479-6275
Email: smckinnon@cooley.com • www.cooley.com


This email message is for the sole use of the intended recipient(s) and may contain confid

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, w

2/25/2008