# Exhibit E

## Samanta, Tina

---

| | |
|---|---|
| **From:** | Willsey, Peter [pwillsey@cooley.com] |
| **Sent:** | Thursday, January 31, 2008 12:16 PM |
| **To:** | Samanta, Tina |
| **Cc:** | McKinnon, Shannon; Wieder, Stephen; Bennett, Iris E; Christopher McGrath; sdonofrio@mindspring.com; jlg@jlgraubart.com; Arato, Cynthia S.; Hughes, Brendan; Barenholtz, Celia Goldwag |
| **Subject:** | RE: In re: XM Satellite Radio Copyright Litigation |

Tina --

Following up on my email below, based on feedback from our vendor we expect to produce approximately 4,000-5,000 documents tomorrow.  We further expect that the second wave of documents in our rolling production will go out by the middle of next week and will include approximately 15,000 to 20,000 documents.

It is premature to give you a number for the total production, as there are numerous variables at play and we simply cannot give you an accurate projection at this time.  That said, we will do our best to keep you posted as to the expected timing and volume of our production as the weeks move forward.

Finally, can you please let us know how many documents the Famous plaintiffs expect to produce this week?

Peter

---

**From:** Willsey, Peter
**Sent:** Wednesday, January 30, 2008 1:46 PM
**To:** 'Samanta, Tina'
**Cc:** McKinnon, Shannon; Wieder, Stephen; Bennett, Iris E; Christopher McGrath; sdonofrio@mindspring.com; jlg@jlgraubart.com; Arato, Cynthia S.
**Subject:** RE: In re: XM Satellite Radio Copyright Litigation

Tina --

I have been in meetings for much of the past two days and will be travelling for the remainder of the day.  I will try to get you a substantive response tomorrow morning.

Peter

---

**From:** Samanta, Tina [mailto:TSamanta@gibsondunn.com]
**Sent:** Tuesday, January 29, 2008 1:37 PM
**To:** Willsey, Peter
**Cc:** McKinnon, Shannon; Wieder, Stephen; Bennett, Iris E; Christopher McGrath; sdonofrio@mindspring.com; jlg@jlgraubart.com; Arato, Cynthia S.
**Subject:** In re: XM Satellite Radio Copyright Litigation

Peter:

We received your January 25, 2008 letter regarding document production.  In order to manage our review of XM's production, can you let us know the anticipated total volume of the production?  In addition, can you let us know what the volume of XM's initial production will be this week?

Regards,
Tina

**Tina Samanta**


2/25/2008

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212.351.2469 (phone)
212.351.6268 (fax)
tsamanta@gibsondunn.com

"MMS <Gibsondunn.net>" made the following annotations.
-------------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
=========================================================================

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

2/25/2008