## CERTIFICATE OF SERVICE

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 25th day of February 2008, I served the Plaintiffs' Request Seeking Conference Defendant's Document Production, electronically (via ECF Notification), upon all counsel of record in this action.

_____
Angel S. Arias

100396150_1.DOC