**MEMO ENDORSED**

# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

CArato@gibsondunn.com

April 2, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Direct Dial
(212) 351-2305
Fax No.
(212) 351-6308

Client No.
T 66372-00001

VIA HAND DELIVERY

Honorable Lewis A. Kaplan
Daniel Patrick Moynihan Courthouse
500 Pearl Street - Room 1310
New York, NY 10007

    Re:    *Atlantic Recording Corp., et al. v. XM Satellite Radio, Inc.*, 06 Civ. 3733, and *Nota Music Publishing, Inc., et al. v. XM Satellite Radio, Inc.*, 07 Civ. 4682

Dear Judge Kaplan:

    We represent the plaintiffs in the Famous Music action in the above-referenced consolidated proceeding and write, with the consent of XM, regarding the parties' attempt to resolve our Motion to Compel XM's Responses to Interrogatories Seeking the Identity of XM's Subscribers and to Bar XM for Tainting Any Survey. At the parties' March 19, 2008 status conference Your Honor denied our motion without prejudice and directed the parties to meet and confer and to attempt to resolve the issues raised in the motion within the following two weeks. We and counsel for XM have been working diligently to resolve these issues and have made substantial progress. Although we have not concluded our discussions (which have required the input and assistance of various experts), we believe it is likely that we will do so successfully and that the Famous Music plaintiffs will not need to renew their motion.

    Accordingly, we respectfully request that this Court allow the parties additional time to conclude their discussions in an effort to amicably resolve this dispute.

Respectfully submitted,

Cynthia S. Arato

*Time extended by one week.*

SO ORDERED
LEWIS A. KAPLAN

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER