UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

                                                                                                 MASTER DOCKET
                                                                                                 06 Civ. 3733 (LAK)

This Document Relates to:  All Actions
------------------------------------------------------------------------x

### JOINDER TO MOTION TO COMPEL XM'S PRDOUCTION OF DOCUMENTS RELATING TO CERTAIN XM DEVICES SUBMITTED BY <u>PLAINTIFFS ATLANTIC RECORDING CORPORATION, ET AL.</u>

      The plaintiffs in the *Nota Music Publishing, Inc., et al. v. XM Satellite Radio Inc.*, 07 Civ. 4682 (LAK) action hereby respectfully request to join in the motion by the plaintiffs in the *Atlantic Recording Corp., et al. v. XM Satellite Radio Inc.*, 06 Civ. 3733 (LAK) action dated April 3, 2008 seeking production of documents and electronically stored information related to certain XM recording devices.

      For all of the same reasons set forth in the *Atlantic* plaintiffs' motion to compel, incorporated by reference herein, the *Nota* plaintiffs respectfully request that this Court grant the motion to compel discovery relating to certain other XM recording devices described in the *Atlantic* motion.

Dated:  April 4, 2008
        New York, New York

                                         **LOVELL STEWART HALEBIAN LLP**

                                         */s/ Christopher M. McGrath*
                                         Christopher Lovell
                                         Christopher M. McGrath
                                         500 Fifth Avenue, 58th Floor
                                         New York, New York 10110
                                         Telephone: (212) 608-1900
                                         Facsimile:  (212) 719-4677

Jeffrey L. Graubart
**LAW OFFICES OF JEFFREY L. GRAUBART, P.C.**
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

Steven J. D'Onofrio, Esq.
5335 Wisconsin Avenue, N.W. Suite 950
Washington, D.C. 20015
Telephone: (202) 686-2872
Facsimile: (202) 686-2875
*Counsel for Plaintiffs and the Proposed Class*