UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

This Document Relates to:         All Cases

------------------------------------------------------------x

MASTER DOCKET
06 Civ. 3733

### ORDER

LEWIS A. KAPLAN, *District Judge.*

The Court will hear oral argument on plaintiffs' motion to compel production of documents on April 11, 2008 at 9:30 a.m.

SO ORDERED.

Dated:    April 8, 2008

_____
Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08