```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

This Document Relates to:    All Cases

MASTER DOCKET
06 Civ. 3733

------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The motion of plaintiff Famous Music, LLC for a conference to discuss discovery matters [06 Civ. 3733, DI 61] is granted. The Court will hold a conference on March 6, 2008 at 11 a.m.

      SO ORDERED.

Dated:   February 26, 2008

                                                     Lewis A. Kaplan
                                         United States District Judge