UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

                        MASTER DOCKET
                        06 Civ. 3733 (LAK)

This Document Relates to:  All Cases
---------------------------------------------------------------------------x

## NOTICE OF CHANGE OF LAW FIRM NAME

     PLEASE TAKE NOTICE that effective April 21, 2008, the Law Offices of Jeffrey L. Graubart changed its name to Law Offices of Jeffrey L. Graubart, P.C.  The office address, telephone and facsimile numbers remain the same.

    Please use this new firm name on all pleadings, correspondence and other documents.

    Respectfully submitted on this 11th day of June, 2008.

                                           */s/ Jeffrey L. Graubart*
                                           **LAW OFFICES OF JEFFREY L. GRAUBART, P.C.**
                                           350 West Colorado Boulevard, Suite 200
                                           Pasadena, California 91105-1855
                                           Telephone: (626) 304-2800
                                           Facsimile: (626) 304-2807