UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re XM SATELLITE COPYRIGHT         :   MASTER DOCKET
LITIGATION                           :
                                     :   06 CV 3733
This Document Relates to:            :
                                     :
Docket No. 07 CV 4682 (LAK)          :
                                     :
                                     :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Allison J. Hersh, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant XM Satellite Radio Inc. in the above-captioned matter.

Dated: New York, New York
       June 12, 2008

Respectfully submitted,

*/s/ Allison Hersh*
Allison J. Hersh (AH 2665)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:    (212) 479-6275