```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In re XM SATELLITE COPYRIGHT          :   MASTER DOCKET
LITIGATION                            :
                                      :   06 CV 3733
This Document Relates to:             :
                                      :
Docket No. 07 CV 4682 (LAK)           :
                                      :
                                      :
------------------------------------------------------- X
```

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw the appearance of Shannon S. McKinnon as counsel for Defendant XM Radio Satellite Inc. in the above-referenced action.

Dated: New York, New York
       June 12, 2008

Respectfully submitted,

*Allison Hersh*
Allison J. Hersh (AH 2665)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275