USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

MASTER DOCKET
06 Civ. 3733 (LAK)

This Document Relates to: 07 Civ. 4682 (LAK)

------------------------------------------------------------x

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Nota Music Publishing Inc., also doing business as Nota Publishing, Inc., hereby voluntarily dismisses, without prejudice, its complaint pending in Docket No. 07 CV 4682 (LAK).

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Musical Productions, Inc., hereby voluntarily dismisses, without prejudice, its complaint pending in Docket No. 07 CV 4682 (LAK).

3. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs seek to file an amended pleading.

4. Defendant XM Satellite Radio Inc. has consented to the voluntary dismissals in ¶¶1 and 2 above and to plaintiffs filing an amended complaint.

**[INTENTIONALLY LEFT BLANK]**

DATED:   New York, New York
         June 27, 2008

_____
Christopher Lovell (CL 2595)
**Lovell Stewart Halebian LLP**
500 Fifth Avenue, 58th Floor
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Counsel for Plaintiffs and the Proposed Class*

_____
Celia Goldwag Barenholtz (CB 9126)
**Cooley Godward Kronish LLP**
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: (212) 479-6330
Facsimile: (212) 4798-6275

*Counsel for Defendant XM Satellite Radio Inc.*

_____
7/1/08

2